# DECLARATION OF SERVICE

| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA | CASE NO: CV-23-00422-PHX-SMB |
| | COURT DATE: |
| STATE OF | COURT TIME: |
| County of | |

| PLAINTIFF: | DEFENDANTS: |
|---|---|
| KHANH NGUYEN | EMBRY HEALTH OF ARIZONA, LLC; ET AL |
| | 3800 N. CENTRAL AVE STE. 460 |
| | PHOENIX AZ 85012 |

The declarant, being duly sworn, states: I am fully qualified under Rule 4(d) Ariz.R.Civ.P. to serve process in this action, having been so appointed by the court; I received and served the following documents in the manner described below:

**DOCUMENT TYPE:** **SUMMONS IN A CIVIL ACTION; PROOF OF SERVICE; ORDER; COMPLAINT (JURY TRIAL DEMAND)**

**PERSON(S) SERVED:** EMBRY HEALTH OF ARIZONA, LLC (Defendant)

**PLACE OF SERVICE:** USUAL PLACE OF BUSINESS
3800 N. CENTRAL AVE STE. 460
PHOENIX AZ 85012

By delivering 1 SET(S) true copies to: STEFAN ANDREWS, SERVICE OF PROCESS CLERK
THE ABOVE MENTIONED INDIVIDUAL WAS SERVED PERSONALLY AT THE ABOVE ADDRESS.

Notes: I SERVED STEFAN ANDREWS, SERVICE OF PROCESS CLERK FOR NATIONAL REGISTERED AGENTS, INC., WHO IS THE STATUTORY AGENT FOR EMBRY HEALTH ARIZONA, LLC (DEFENDANT), WHO IS AUTHORIZED TO ACCEPT SERVICE.

| | |
|---|---|
| FILE #: | 245891 |
| REF #: | 2BB |
| DATE OF SERVICE: | 4/3/2023 |
| TIME OF SERVICE: | 02:35 PM |
| NEXT STEP: | No Further Action |

I declare under penalty of perjury that the foregoing is true and correct.
Signed on the 10th day of April, 2023

| FEES: | $75.00 | Service Fee |
|---|---|---|
| | $75.00 | Total |

*Thomas P. Zollars*

**DECLARANT'S SIGNATURE**
**Tom Zollars**
Process server licensed in Maricopa County #5104

SUPERIOR PROCESS SERVICES, INC.
7701 E Indian School Rd Suite E
Scottsdale AZ 85251
(480) 429-6886