Gordon Lewis, Bar #015162
Stephanie D. Baldwin, Bar #036897
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4479
Fax: (602) 200-7897
glewis@jshfirm.com
sbaldwin@jshfirm.com

Attorneys for Defendant Apollo Healthcare &
Diagnostics, LLC, Embry Health of Arizona, LLC;
Raymond Embry, Zachary Travis, and
JoEllen Embry

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Khanh Nguyen,<br><br>      Plaintiff,<br><br>v.<br><br>Apollo Healthcare & Diagnostics, LLC; Embry Health of Arizona, LLC; Raymond Embry and Zachary Travis, husband and husband, and JoEllen Embry,<br><br>      Defendants. | No. 2:23-cv-00422-SMB<br><br>**MOTION TO WITHDRAW PURSUANT TO LOCAL RULE 83.3** |

    Attorney Gordon Lewis of the law firm of Jones, Skelton & Hochuli and respectfully moves for leave to withdraw as counsel in this matter for Apollo Healthcare & Diagnostics, LLC, Embry Health of Arizona, LLC, Raymond Embry, Zachary Travis and JoEllen Embry (collectively "Defendants") in accordance with Local Rule 83.3(b)(2), for the reasons which follow:

    1.  Good cause for withdrawal exists for reasons that would qualify for withdrawal pursuant to Ethical Rule 1.16(b)(5), 1.16(b)(6) and 1.16(b)(7). See Rule 42, Ariz. R. Sup. Ct. Counsel has been unable to maintain a level of communication with Defendants that would allow counsel to ethically continue in this representation. Counsel is ready and able to answer, in camera, any questions the court may have related to this application.

117014804.1

2. On May 1, 2024, defense counsel advised Defendants via e-mail and text message that they would be preparing a motion to withdraw by today's date.

3. Apollo Healthcare & Diagnostics and Embry Health of Arizona, LLC and Embry Health of Arizona, LLC have been advised of the possibility of default judgment unless an attorney appears on its behalf.

4. No trial date has yet been set in this matter.

5. In accordance with Local Rule 83.3, Defendants' last known addresses and phone numbers are:

    a. Raymond Embry
       3370 N. Hayden Rd, Suite 123215
       Scottsdale, Arizona 85251
       (480) 205-8788
       (480) 862-4665
       Raymond.Embry@embryhealth.com
       ray.embry@gmail.com

    b. Raymond Embry
       4717 E. Hilton Ave.
       Phoenix, Arizona 85034
       (480) 205-8788
       (480) 862-4665
       Raymond.Embry@embryhealth.com
       ray.embry@gmail.com

    c. Raymond Embry
       8653 S 51st Street, Unit 2
       Phoenix, Arizona 85044
       (480) 205-8788
       (480) 862-4665
       Raymond.Embry@embryhealth.com
       ray.embry@gmail.com

    d. Zachary Travis
       3370 N. Hayden Rd, Suite 123215
       Scottsdale, Arizona 85251
       (480) 747-3915
       Zachary.Travis@embryhealth.com
       Travisz2010@yahoo.com

    e. Zachary Travis
       4717 E. Hilton Ave.
       Phoenix, Arizona 85034
       (480) 747-3915
       Zachary.Travis@embryhealth.com
       Travisz2010@yahoo.com

117014804.1

| | | |
|---|---|---|
| f. | Zachary Travis | |
| | 5610 W. Gail Drive | |
| | Chandler, AZ 85226 | |
| | (480) 747-3915 | |
| | Zachary.Travis@embryhealth.com | |
| | Travisz2010@yahoo.com | |

f.  Zachary Travis
    5610 W. Gail Drive
    Chandler, AZ 85226
    (480) 747-3915
    Zachary.Travis@embryhealth.com
    Travisz2010@yahoo.com

g.  JoEllen Embry
    1501 N. Gilbert Rd, Suite 200
    Gilbert, Arizona 85234
    Joellen.Embry@embryhealth.com
    Joellen.embry@gmail.com

h.  JoEllen Embry
    6515 S Rural Rd, Suite 201
    Tempe, Arizona 85283
    Joellen.Embry@embryhealth.com
    Joellen.embry@gmail.com

i.  JoEllen Embry
    1846 E. Innovation Park Drive, Suite 100
    Oro Valley, Arizona 85755
    Joellen.Embry@embryhealth.com
    Joellen.embry@gmail.com

j.  JoEllen Embry
    7896 S. Dateland Drive
    Tempe, Arizona 85284
    Joellen.Embry@embryhealth.com
    Joellen.embry@gmail.com

k.  Apollo Healthcare & Diagnostics, LLC
    3370 N. Hayden Road, Suite 123215
    Scottsdale, Arizona 85251

l.  Apollo Healthcare & Diagnostics, LLC
    4717 E Hilton Ave, Suite 250
    Phoenix, Arizona 85034

m.  Apollo Healthcare & Diagnostics, LLC
    4959 W. Ray Road, Suite 33
    Chandler, Arizona 85226

n.  Apollo Healthcare & Diagnostics, LLC
    8825 N. 23rd Avenue, Suite 100
    Phoenix, Arizona 85021

o.  Apollo Healthcare & Diagnostics, LLC
    1803 E. Rio Salado Pkwy, Suite 101
    Tempe, Arizona 85288

p.  Embry Health of Arizona, LLC
    3800 N. Central Ave, Suite 460
    Phoenix, Arizona 85012

3

      q.    Embry Health of Arizona, LLC
1846 E. Innovation Park Drive, Suite 100
Oro Valley, Arizona 85755

6. Defendants have been sent by e-mail and mail a copy of this motion.

Attached to this Motion is a certification from Gordon Lewis indicating that the Defendants have been notified in writing of the status of the case, including the dates and times of any court hearings or trial settings, pending compliance with any existing court orders and the possibility of sanctions.

WHEREFORE, Gordon Lewis of the firm of Jones, Skelton & Hochuli, P.L.C. respectfully requests that the firm be granted leave to withdraw as counsel in this matter for all Defendants in this matter.

DATED this 6th day of May, 2024.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Gordon Lewis
Gordon Lewis
Stephanie D. Baldwin
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Apollo Healthcare &
Diagnostics, LLC, Embry Health of Arizona, LLC;
Raymond Embry, Zachary Travis, and JoEllen Embry

4

117014804.1

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May, 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Jeff Silence
The Silence Law Group
3241 E. Shea Blvd Ste 1 #434
Phoenix, AZ 85028
js@silencelaw.com

And

Richard J. Harris
Richard J. Harris Law Offices, P.C.
4000 Hickory Fairway Dr.
Woodstock, GA 30188
rjharrislaw@gmail.com

Attorneys for Plaintiff

**I FURTHER CERTIFY** that on this 6th day of May, 2024, the foregoing was sent via mail and email to the following parties:

Raymond Embry
3370 N. Hayden Rd, Suite 123215
Scottsdale, Arizona 85251
(480) 205-8788
(480) 862-4665
Raymond.Embry@embryhealth.com
ray.embry@gmail.com

Raymond Embry
4717 E. Hilton Ave.
Phoenix, Arizona 85034
(480) 205-8788
(480) 862-4665
Raymond.Embry@embryhealth.com
ray.embry@gmail.com

Raymond Embry
8653 S 51st Street, Unit 2
Phoenix, Arizona 85044
(480) 205-8788
(480) 862-4665
Raymond.Embry@embryhealth.com
ray.embry@gmail.com

Zachary Travis
3370 N. Hayden Rd, Suite 123215
Scottsdale, Arizona 85251
(480) 747-3915
Zachary.Travis@embryhealth.com

117014804.1

| | |
|---|---|
| 1 | Travisz2010@yahoo.com |
| 2 | Zachary Travis<br>4717 E. Hilton Ave. |
| 3 | Phoenix, Arizona 85034<br>(480) 747-3915 |
| 4 | Zachary.Travis@embryhealth.com<br>Travisz2010@yahoo.com |
| 5 | |
| 6 | Zachary Travis<br>5610 W. Gail Drive<br>Chandler, AZ 85226 |
| 7 | (480) 747-3915<br>Zachary.Travis@embryhealth.com |
| 8 | Travisz2010@yahoo.com |
| 9 | JoEllen Embry<br>1501 N. Gilbert Rd, Suite 200 |
| 10 | Gilbert, Arizona 85234<br>Joellen.Embry@embryhealth.com |
| 11 | Joellen.embry@gmail.com |
| 12 | JoEllen Embry<br>6515 S Rural Rd, Suite 201 |
| 13 | Tempe, Arizona 85283<br>Joellen.Embry@embryhealth.com |
| 14 | Joellen.embry@gmail.com |
| 15 | JoEllen Embry<br>1846 E. Innovation Park Drive, Suite 100 |
| 16 | Oro Valley, Arizona 85755<br>Joellen.Embry@embryhealth.com |
| 17 | Joellen.embry@gmail.com |
| 18 | JoEllen Embry<br>7896 S. Dateland Drive |
| 19 | Tempe, Arizona 85284<br>Joellen.Embry@embryhealth.com |
| 20 | Joellen.embry@gmail.com |
| 21 | Apollo Healthcare & Diagnostics, LLC<br>3370 N. Hayden Road, Suite 123215 |
| 22 | Scottsdale, Arizona 85251 |
| 23 | Apollo Healthcare & Diagnostics, LLC<br>4717 E Hilton Ave, Suite 250 |
| 24 | Phoenix, Arizona 85034 |
| 25 | Apollo Healthcare & Diagnostics, LLC<br>4959 W. Ray Road, Suite 33 |
| 26 | Chandler, Arizona 85226 |
| 27 | Apollo Healthcare & Diagnostics, LLC<br>8825 N. 23rd Avenue, Suite 100 |
| 28 | Phoenix, Arizona 85021<br>Apollo Healthcare & Diagnostics, LLC |

6

1803 E. Rio Salado Pkwy, Suite 101
Tempe, Arizona 85288

Embry Health of Arizona, LLC
3800 N. Central Ave, Suite 460
Phoenix, Arizona 85012

Embry Health of Arizona, LLC
1846 E. Innovation Park Drive, Suite 100
Oro Valley, Arizona 85755

/s/ Megan Axlund

7

117014804.1