# EXHIBIT 1

Gordon Lewis, Bar #015162
Stephanie D. Baldwin, Bar #036897
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4479
Fax: (602) 200-7897
glewis@jshfirm.com
sbaldwin@jshfirm.com

Attorneys for Defendant Apollo Healthcare &
Diagnostics, LLC, Embry Health of Arizona,
LLC; Raymond Embry, Zachary Travis,
and JoEllen Embry

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Khanh Nguyen,<br><br>    Plaintiff,<br><br>v.<br><br>Apollo Healthcare & Diagnostics, LLC; Embry Health of Arizona, LLC; Raymond Embry and Zachary Travis, husband and husband, and JoEllen Embry,<br><br>    Defendants. | No. 2:23-cv-00422-SMB<br><br>**CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW** |

  Gordon Lewis hereby certifies that the Defendants in the above-captioned matter have been notified in writing of the status of the Case, including dates and times of any Court hearings or trial settings, pending compliance with existing Court orders, and the possibility of any sanctions in the matter.

  I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/ / /

/ / /

117013966.1

DATED this 6th day of May, 2024.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Gordon Lewis
   Gordon Lewis
   Stephanie D. Baldwin
   40 N. Central Avenue, Suite 2700
   Phoenix, Arizona 85004
   Attorneys for Defendant Apollo
   Healthcare & Diagnostics, LLC,
   Embry Health of Arizona, LLC; Raymond
   Embry, Zachary Travis,
   and JoEllen Embry

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of May, 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Jeff Silence
The Silence Law Group
3241 E. Shea Blvd Ste 1 #434
Phoenix, AZ 85028
js@silencelaw.com

And

Richard J. Harris
Richard J. Harris Law Offices, P.C.
4000 Hickory Fairway Dr.
Woodstock, GA 30188
rjharrislaw@gmail.com

Attorneys for Plaintiff

**I FURTHER CERTIFY** that on this 6th day of May, 2024, the foregoing was sent via mail and email to the following parties:

Raymond Embry
3370 N. Hayden Rd, Suite 123215
Scottsdale, Arizona 85251
(480) 205-8788
Raymond.Embry@embryhealth.com
ray.embry@gmail.com

2

117013966.1

| | |
|---|---|
| 1 | Raymond Embry |
| | 4717 E. Hilton Ave. |
| 2 | Phoenix, Arizona 85034 |
| | (480) 205-8788 |
| 3 | Raymond.Embry@embryhealth.com |
| | ray.embry@gmail.com |
| 4 | |
| | Raymond Embry |
| 5 | 8653 S 51st Street, Unit 2 |
| | Phoenix, Arizona 85044 |
| 6 | (480) 205-8788 |
| | Raymond.Embry@embryhealth.com |
| 7 | ray.embry@gmail.com |
| 8 | Zachary Travis |
| | 3370 N. Hayden Rd, Suite 123215 |
| 9 | Scottsdale, Arizona 85251 |
| | (480) 747-3915 |
| 10 | Zachary.Travis@embryhealth.com |
| | Travisz2010@yahoo.com |
| 11 | |
| | Zachary Travis |
| 12 | 4717 E. Hilton Ave. |
| | Phoenix, Arizona 85034 |
| 13 | (480) 747-3915 |
| | Zachary.Travis@embryhealth.com |
| 14 | Travisz2010@yahoo.com |
| 15 | Zachary Travis |
| | 5610 W. Gail Drive |
| 16 | Chandler, AZ 85226 |
| | (480) 747-3915 |
| 17 | Zachary.Travis@embryhealth.com |
| | Travisz2010@yahoo.com |
| 18 | |
| | JoEllen Embry |
| 19 | 1501 N. Gilbert Rd, Suite 200 |
| | Gilbert, Arizona 85234 |
| 20 | Joellen.Embry@embryhealth.com |
| | Joellen.embry@gmail.com |
| 21 | |
| | JoEllen Embry |
| 22 | 6515 S Rural Rd, Suite 201 |
| | Tempe, Arizona 85283 |
| 23 | Joellen.Embry@embryhealth.com |
| | Joellen.embry@gmail.com |
| 24 | |
| | JoEllen Embry |
| 25 | 1846 E. Innovation Park Drive, Suite 100 |
| | Oro Valley, Arizona 85755 |
| 26 | Joellen.Embry@embryhealth.com |
| | Joellen.embry@gmail.com |
| 27 | |
| 28 | |

117013966.1

| | |
|---|---|
| 1 | JoEllen Embry<br>7896 S. Dateland Drive |
| 2 | Tempe, Arizona 85284<br>Joellen.Embry@embryhealth.com |
| 3 | Joellen.embry@gmail.com |
| 4 | Apollo Healthcare & Diagnostics, LLC<br>3370 N. Hayden Road, Suite 123215 |
| 5 | Scottsdale, Arizona 85251 |
| 6 | Apollo Healthcare & Diagnostics, LLC<br>4717 E Hilton Ave, Suite 250 |
| 7 | Phoenix, Arizona 85034 |
| 8 | Apollo Healthcare & Diagnostics, LLC<br>4959 W. Ray Road, Suite 33 |
| 9 | Chandler, Arizona 85226 |
| 10 | Apollo Healthcare & Diagnostics, LLC<br>8825 N. 23rd Avenue, Suite 100 |
| 11 | Phoenix, Arizona 85021 |
| 12 | Apollo Healthcare & Diagnostics, LLC<br>1803 E. Rio Salado Pkwy, Suite 101 |
| 13 | Tempe, Arizona 85288 |
| 14 | Embry Health of Arizona, LLC<br>3800 N. Central Ave, Suite 460 |
| 15 | Phoenix, Arizona 85012 |
| 16 | Embry Health of Arizona, LLC<br>1846 E. Innovation Park Drive, Suite 100 |
| 17 | Oro Valley, Arizona 85755 |
| 18 | |
| 19 | /s/ Megan Axlund |

4

117013966.1