# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Khanh Nguyen,<br><br>        Plaintiff,<br><br>  v.<br><br>Apollo Healthcare & Diagnostics, LLC; Embry Health of Arizona, LLC; Raymond Embry and Zachary Travis, husband and husband, and JoEllen Embry,<br><br>        Defendants. | No. 2:23-cv-00422-SMB<br><br>**Proposed Order** |

Pursuant to Motion and for good cause shown:

**IT IS HEREBY ORDERED** granting Jones, Skelton & Hochuli Leave to Withdraw as Counsel of record for Defendants Apollo Healthcare and Diagnostics LLC, Embry Health of Arizona LLC, Raymond Embry, Zachary Travis and Joellen Embry.

DATED this _____ day of May, 2024.

By _____
Honorable Susan M. Brnovich
United States District Judge

117015536.1