1  Gordon Lewis, Bar #015162
2  Stephanie D. Baldwin, Bar #036897
   JONES, SKELTON & HOCHULI P.L.C.
   40 N. Central Avenue, Suite 2700
3  Phoenix, Arizona 85004
   Telephone: (602) 263-4479
4  Fax: (602) 200-7897
   glewis@jshfirm.com
5  sbaldwin@jshfirm.com

6  Attorneys for Defendant Apollo Healthcare &
   Diagnostics, LLC
7

8              **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF ARIZONA**

| | |
|---|---|
| 10  Khanh Nguyen, | No. 2:23-cv-00422-SMB |
| 11                     Plaintiff, | **Notice of the Last Known Address of Defendants** |
| 12       v. | |
| 13  Apollo Healthcare & Diagnostics, LLC; Embry Health of Arizona, LLC; Raymond Embry and Zachary Travis, husband and husband, and JoEllen Embry, | |
| 14 | |
| 15 | |
| 16                     Defendants. | |

17     Undersigned counsel informs the Court that, on information and belief, the
18  best last known address for each of the Defendants in this matter is as follows:
19
20          a.   Raymond Embry
                 8653 S. 51st Street, Unit 2
                 Phoenix, Arizona 85044
21
22          b.   Zachary Travis
                 5610 W. Gail Drive
                 Chandler, Arizona 85226
23
24          c.   JoEllen Embry
                 7896 S. Dateland Drive
                 Tempe, Arizona 85284
25
26          d.   Apollo Healthcare & Diagnostics, LLC
                 3370 N. Hayden Road, Suite 123215
                 Scottsdale, Arizona 85251
27
28          e.   Embry Health of Arizona, LLC
                 3800 N. Central Ave, Suite 460
                 Phoenix, Arizona 85012

117140916.1

DATED this 11th day of June, 2024.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Gordon Lewis
Gordon Lewis
Stephanie D. Baldwin
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Apollo
Healthcare & Diagnostics, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of June, 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Jeff Silence
David Nowakowski
The Silence Law Group
3241 E. Shea Blvd Ste 1 #434
Phoenix, AZ 85028
js@silencelaw.com
david@silencelaw.com

And

Richard J. Harris
Richard J. Harris Law Offices, P.C.
4000 Hickory Fairway Dr.
Woodstock, GA 30188
rjharrislaw@gmail.com

Attorneys for Plaintiff


/s/ Megan Axlund

2

117140916.1