1  **Silence Law Group, PLLC**
2  3241 E. Shea Blvd Ste 1 # 434
   Phoenix, AZ 85028
3  (602) 321-1538

4
   Jeffrey A. Silence (029143)
5  jeff@silencelaw.com
   David A. Nowakowski (035068)
6  david@silencelaw.com

7
8  **RICHARD J. HARRIS LAW OFFICES, P.C.**
   4000 Hickory Fairway Dr.
9  Woodstock, GA 30188
   480-708-9111
10
11 Richard J. Harris (013859)
   rjharrislaw@gmail.com
12
13 Attorneys for Plaintiff

14
15                **UNTIED STATES DISTRICT COURT**
                   **DISTRICT OF ARIZONA**
16

17  Khanh Nguyen,                      Case No. 2:23-cv-00422-SMB
18
19                Plaintiff,           **AFFIDAVIT OF DAVID**
                                       **NOWAKOWSKI**
20  v.

21  Apollo Healthcare & Diagnostics, LLC;
22  Embry Health of Arizona, LLC; Raymond
    Embry and Zachary Travis, husband and
23  husband, and JoEllen Embry,

24                Defendants.
25

26

27 I, David Nowakowski, state as follows:

28

Silence Law Group
3241 E. Shea Blvd Ste 1 # 434
Phoenix, AZ 85028

1    1.    I am over the age of 18 and competent to make the statements in this

2  declaration.

3    2.    I am a resident of Maricopa County in the State of Arizona.

4    3.    This declaration is made based on my own personal knowledge and in

5  support of Khan Nguyen's Motion for Entry of Default Judgment against Defendants.

6    4.    On 05/06/2024, Defense counsel filed a Motion to Withdraw (Doc 34),

7  listing phone numbers, mailing addresses, and email addresses for Raymond Embry and

8  Zachary Travis.

9    5.    On 06/05/2024, the Court entered an Order granting Defense Counsel's

10  Motion to Withdraw.

11    6.    On 06/05/2024, the Court ordered Defense Counsel to provide a Notice of

12  Last Known Addresses for Defendants.

13    7.    On 06/11/2024, Defense counsel filed a Notice of Last Known Addresses

14  for Defendants.

15    8.    On 06/24/2024, I called (480) 747-3915, which is the number Defense

16  counsel listed for Zachary Travis in Doc 34. I received no answer and left a voicemail.

17    9.    On 06/24/2024, I called (480) 205-8788, which is the number Defense

18  counsel listed for Raymond Embry in Doc 34. I received no answer and left a voicemail.

19    10.    On 06/25/2024, I sent the Second Set of Interrogatories, Second Set of

20  Requests for Admission, Third Set of Requests for Production, and Notice of Service of

21  Discovery    Requests    to    ray.embry@gmail.com,    travisz2010@yahoo.com,    and

22  joellen.embry@gmail.com. These were the email addresses listed by Defense counsel in

23  Doc 34.

24    11.    On 06/25/2024, I mailed copies of the Second Set of Interrogatories, Second

25  Set of Requests for Admission, Third Set of Requests for Production, and Notice of

26  Service of Discovery to the following which are the addresses provided by Defense

27  counsel in Doc 38:

28        a.  Raymond Embry 8653 S. 51st Street, Unit 2 Phoenix, Arizona 85044;

2

Silence Law Group
3241 E. Shea Blvd Ste 1 # 434
Phoenix, AZ 85028

     b.  Zachary Travis 5610 W. Gail Drive Chandler, Arizona 85226;

     c.  JoEllen Embry 7896 S. Dateland Drive Tempe, Arizona 85284;

     d.  Apollo Healthcare & Diagnostics, LLC 3370 N. Hayden Road, Suite 123215 Scottsdale, Arizona 85251; and

     e.  Embry Health of Arizona, LLC 3800 N. Central Ave, Suite 460 Phoenix, Arizona 85012.

12.    I used USPS tracking to confirm that the requests were delivered to Defendants c-e above on or before 06/28/2024.

13.    On July 9, 2024, I received notice that the mailing to Zachary Travis failed, "return to sender."

14.    On July 17, 2024, the mailing to Raymond Embry failed, "return to sender."

15.    The time provided under FRCP 33 to respond to Interrogatories has expired with Defendants providing no objections or responses, and failing to communicate with Plaintiff in any way.

16.    The time provided under FRCP 34 to respond to Requests for Production has expired with Defendants providing no objections or responses and failing to communicate with Plaintiff in any way.

17.    The time provided under FRCP 36 to respond to Requests for Admission has expired with Defendants providing no objections or responses. The requests are deemed admitted pursuant to FRCP 36.

18.    An Application for Entry of Default Judgment pursuant to FRCP 55 was filed contemporaneously with this affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 5th day of August, 2024.


                                        */s/ David Nowakowski*