Silence Law Group
3241 E. Shea Blvd Ste 1 # 434
Phoenix, AZ 85028

**UNTIED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Khanh Nguyen, | Case No. 2:23-cv-00422-SMB |
| Plaintiff, | |
| v. | **PROPOSED ORDER** |
| Apollo Healthcare & Diagnostics, LLC; Embry Health of Arizona, LLC; Raymond Embry and Zachary Travis, husband and husband, and JoEllen Embry, | |
| Defendants. | |

Having considered Plaintiff's Motion for Leave to File Rule 37 Motion to Compel and Rule 37 Motion to Compel and Rule 55 Application for Default Judgment,

It is ordered that Defendants, Apollo Healthcare & Diagnostics, LLC, Embry Health of Arizona, LLC, Raymond Embry, Zachary Travis, and JoEllen Embry, have failed to plead or otherwise defend this lawsuit. The Court orders that they are in default under Federal Rule of Civil Procedure 55.

It is further ordered that Plaintiff shall file a motion for entry of default judgment that outlines their claims and the damages sought for each claim, in compliance with Federal Rule of Civil Procedure 55(b)(2).

DATED this 5th day of August, 2024.

_____
Judge Susan M. Brnovich
United States District Judge