**Silence Law Group**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024

**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com

**David Nowakowski** (035068)
Direct Dial: (602) 932-8560
Email: david@silencelaw.com

**RICHARD J. HARRIS LAW OFFICES, P.C.**
4000 Hickory Fairway Dr.
Woodstock, GA 30188
480-708-9111

Richard J. Harris (013859)
rjharrislaw@gmail.com

*Attorneys for Plaintiff Khanh Nguyen*

# UNTIED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Khanh Nguyen, | Case No. 2:23-cv-00422-PHX-KML |
| Plaintiff, | **NOTICE OF FILING PROPOSED JUDGMENT** |
| v. | |
| Apollo Healthcare & Diagnostics, LLC; Embry Health of Arizona, LLC; Raymond Embry and Zachary Travis, husband and husband, and JoEllen Embry, | |
| Defendants. | |

Plaintiff Khanh Nguyen hereby gives notice of filing a Proposed Judgment against Apollo Healthcare & Diagnostics, LLC, Embry Health of Arizona, LLC, Raymond Embry, Zachary Travis, and JoEllen Embry.

DATED this 13th day of May 2025.

**Silence Law Group**

*/s/ David Nowakowski*
David Nowakowski
*Attorneys for Plaintiff Khanh Nguyen*

***Certificate of Service***

I hereby certify that on 13th day of May, 2025, I filed this Motion through the Court's electronic filing system, which provided notice to Defendants at the following addresses:

Raymond Embry
Mailing address unknown
ray.embry@gmail.com

Zachary Travis
Mailing address unknown
travisz2010@yahoo.com

JoEllen Embry
7896 S. Dateland Dr.
Tempe, AZ 85284
joellen.embry@gmail.com

Apollo Healthcare & Diagnostics LLC
3370 N Hayden Rd, Ste 123215
Scottsdale, AZ 85251

Embry Health of Arizona LLC
3800 N Central Ave, Ste 460
Phoenix, AZ 85012

 */s/ David Nowakowski*

2