IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Khanh Nguyen,<br><br>  Plaintiff,<br><br>v.<br><br>Embry Health of Arizona LLC, et al.,<br><br>  Defendants. | No. CV-23-00422-PHX-KML<br><br>**ORDER** |

Plaintiff Khanh Nguyen requests the court correct a mathematical error in a prior order. (Doc. 58.) That request is granted. Nguyen is awarded $2,367,100.20 for doubled backpay and emotional distress damages and $35,878.00 in prejudgment interest, for a total award of $2,402,978.20 against Apollo Healthcare & Diagnostics, LLC, Embry Health of Arizona, LLC, Raymond Embry, Zachary Travis, and JoEllen Embry (jointly and severally and as alter egos).

**IT IS ORDERED** the Motion to Amend (Doc. 58) is **GRANTED**. The amount of emotional distress damages is $100 per day for a total of $92,100.

/
/
/
/
/
/

**IT IS FURTHER ORDERED** the Clerk of Court shall enter judgment in favor of plaintiff and against defendants Apollo Healthcare & Diagnostics, LLC, Embry Health of Arizona, LLC, Raymond Embry, Zachary Travis, and JoEllen Embry (jointly and severally and as alter egos) in the amount of $2,402,978.20, with post-judgment interest at the statutory rate.

Dated this 14th day of May, 2025.

Honorable Krissa M. Lanham
United States District Judge