**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Khanh Nguyen, | **NO. CV-23-00422-PHX-KML** |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Embry Health of Arizona LLC, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed May 14, 2025, judgment is entered in favor of Plaintiff and against Defendants Apollo Healthcare & Diagnostics, LLC, Embry Health of Arizona, LLC, Raymond Embry, Zachary Travis, and JoEllen Embry (jointly and severally and as alter egos) in the amount of $2,402,978.20, with post-judgment interest at the statutory rate.

                                              Debra D. Lucas
                                        District Court Executive/Clerk of Court

May 14, 2025

                                              s/ D. Draper
                                    By  Deputy Clerk